# EXHIBIT E

# Schutte Lumber Company, Inc.

3001 Southwest Blvd * Kansas City, MO * 816-753-6262

# CASH INVOICE

| Sold To | | Ship To |
|---|---|---|
| John S | | |
| , MO | | |

| Invoice # | **69949** | Customer # | c9999 | Invoice Date | **11/10/2014** | Salesman | **Aron Morales** |
|---|---|---|---|---|---|---|---|
| Job | | Processed by: | **Brad Rose** | Routing | **Customer Pickup** | | |
| Ordered by: | | PO/Ref # | | | | | |

| QTY | UM | Product | DESCRIPTION | PRICE | TOTAL | STATUS |
|---|---|---|---|---|---|---|
| 2.00 | EA | P4916 | P49-16' PRIMED FJ 3-5/8" REV CROWN # RL049-95192C- | $15.09 | $30.18 | Invoiced |

**Notes:**

| | |
|---|---|
| SUB TOTAL | **$30.18** |
| DISCOUNT | **$0.00** |
| CHARGES | **$0.00** |
| SALES TAX | **$2.52** |
| INVOICE TOTAL | **$32.70** |
| DEPOSITS | **$0.00** |
| PAYMENTS | **$32.70** |
| BALANCE DUE | **$0.00** |

Signature _____   Date _____

RETURNS - Must show invoice number. Acceptance subject to management approval less 15% restocking fee. No merchandise accepted after 30 days. Returns will be the same tender as original invoice. No returns for cash will exceed $50.
CLAIMS - All claims must be made within 5 days from receipt of merchandise. Our liability is limited to replacement of the merchandise or the invoice value only, of any material claimed to be defective.