EXHIBIT G

Store# 0060                 BUSY BEAVER BUILDING CENTERS INC.        Document#    40046
ASHTABULA                        1752 PROSPECT AVE
                                 U.S. RT#20                          Date:    11/18/2014
Salesperson# 12581               ASHTABULA, OH 44004                 Time:    13:05:49
Charles Lowery                   Phone (440)998-1818                 Page:    1
                                 FAX (440)998-3330

                                 * QUOTE *        PRICES GOOD UNTIL
                                                  EXCEPT "TRUCKLOAD" SALE ITEMS.

-----------------------------------------------------------------------------------------
Sold To:   ED @ SUPPLY ALL                       Great Deal Card#
           H: 440-999-9999   W:

-----------------------------------------------------------------------------------------

    QTY   SIZE AND DESCRIPTION          UPC CODE        SKU#        PRICE      TOTAL
-----------------------------------------------------------------------------------------

    19   CROWN MOULDING REVERSABLE   773204849958    1103761        5.99     113.81

Alexandria Moulding

RL049 Flip Face

Primed MDF

                                                            SUBTOTAL:    113.81
COMMENTS:                                                   SALES TAX:     7.69
                                                            TOTAL:      121.50