# EXHIBIT I







