# EXHIBIT K









PAIRINGS



**1** Casing
**07714**
3/4" x 3"
PMDF

**2** Baseboard
**05708**
5/8" x 4-5/32"
PMDF

**3** Crown
**05180**
5/8" x 4-1/4"
PMDF

*Upgrade to Flip Face™ R5180 for a simplified installation.*

**1** Casing
**07715**
3/4" x 3-1/2"
PMDF

**2** Baseboard
**05709**
5/8" x 5"
PMDF

**3** Crown
**90983**
5/8" x 4-1/2"
PMDF

Patented

24



MER-1070 - 02/2014

The models shown in this pamphlet represent only a po...  ...our entire line of products. Visit **www.alexandriamoulding.com** ... more details.

Models shown in this pamphlet are subject to store availab... Further assistance may be provided for special orders.

alexandriamoulding.com

ALEXANDRIA Moulding